UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 04-19319 |
| | | CHAPTER 13 |
| RANDY HOWARD | | |
| SHEILA A. HOWARD | : | JUDGE J. VINCENT AUG |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>         <u>Amount</u>
916733                $163.61

<u>Creditor(s)</u>
Faybin Services Company
c/o Immerman & Tobin Co., LPA
632 Vine Street
Suite 1010
Cincinnati, Ohio  45202

          Respectfully submitted,

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, April 21, 2010.

          /s/    Margaret A. Burks, Esq.
                 Margaret A. Burks, Esq.

Faybin Services Company  
c/o Immerman & Tobin Co., LPA  
632 Vine Street  
Suite 1010  
Cincinnati, Ohio  45202

Debtor(s) Counsel  
DEARFIELD, KRUER & CO., LLC  
800 GALLIA STREET  
SUITE 28  
PORTSMOUTH, OH  45662

Debtor(s)  
RANDY HOWARD  
SHEILA A. HOWARD  
247 SUNSET STREET  
SOUTH WEBSTER, OH  45682

U.S. TRUSTEE  
36 EAST SEVENTH STREET, SUITE 2030  
CINCINNATI, OHIO 45202  
 (service waived)

Registry_Deposit_for_Creditor